Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Parra Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANCISCO ARRELLANEZ., *et al.*,<br><br>        Defendants. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a status conference and/or entry of plea to be held on May 20, 2016.

2. By this stipulation, all the undersigned Defendants agree to continue the case to July 29, 2016, at 9:00 a.m., for a status conference. The parties stipulate to exclude time until July 29, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree, stipulate, and request that the Court find the following:

1

a. The undersigned defense counsel continue to need time to review discovery, including wire recordings, and to conduct the factual and legal investigation needed in order to prepare for trial. Counsel for defendant Verenys Parra Arellanez, Tasha Chalfant, was just appointed on May 16, 2016, and needs to review discovery materials provided by the government.

b. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time until July 29, 2016, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED: May 19, 2016                     /s/ Timothy E. Warriner, Attorney for Defendant, Francisco Parra Arrellanez

DATED: May 19, 2016                     /s/ Dina L. Santos for Defendant, Jovanny Romo Arellanes

DATED: May 19, 2016                     /s/ Toni L. White, Attorney for Defendant, Omar Adrian Gonzalez Nuno

DATED: May 19, 2016                     /s/ Tasha Paris Chalfant, Attorney for Defendant, Verenys Parra Arrellanez

DATED: May 19, 2016                     /s/ Todd Pickles, Assistant U.S.Attorney, for the Government

IT IS SO ORDERED. Dated: May 19, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge