UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 14, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VERENYS PARRA ARELLANEZ,

Defendant.

Case No.  2:13-cr-00227-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VERENYS PARRA ARELLANEZ</u>, Case No. <u>2:13-cr-00227-GEB</u> from custody for the following reasons:

- **X**  Release on Personal Recognizance
- ___  Bail Posted in the Sum of $ _____
- ___  Unsecured Appearance Bond $ _____
- ___  Appearance Bond with 10% Deposit
- ___  Appearance Bond with Surety
- ___  Corporate Surety Bail Bond
- **X**  (Other): <u>To be release on 6/15/2016 at 9:00 AM to Pretrial Services</u>

Issued at Sacramento, California on June 14, 2016 at 2:25 pm

By: *[signature]*

Magistrate Judge Carolyn K. Delaney