BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>OMAR NUNO, *et al.*,<br><br>             Defendants. | CASE NO.  2:13-CR-00227 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Omar Nuno and Verenys Parra Arellanez, by and through their counsel of record, hereby stipulate as follows:[1]

1. By previous order, this matter was set for status on October 21, 2016.

2. By this stipulation, defendants now move to continue the status conference until December 2, 2016 and to exclude time between October 21, 2016 and December 2, 2016, under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately

---

[1] Co-defendants Jovanny Parra Arrellanes and Francisco Parra Arrellanez are separately requesting that they appear on dates prior to December 2, 2016 in order to enter a change of plea.

Stipulation and Proposed Order re Excludable Time

1

4000 pages of documents. The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports. All of this discovery has been produced directly to counsel.

      b)      In May 2016, defendant Verenys Parra Arellanez made her first appearance in this case. Ms. Chalfant was appointed to represent her.

      c)      Counsel represent that they are continuing to review discovery, which is voluminous, as well as research matters and investigate the case. Counsel also anticipate discussing possible resolution with their clients and with the prosecution as they continue to prepare for the possibility of trial.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The United States does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2016 through December 2, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Proposed Order re Excludable Time

2

IT IS SO STIPULATED.

Dated: October 19, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: October 19, 2016

*/s/ Todd A. Pickles for*
TONI WHITE, ESQ.

Counsel for Defendant Omar Nuno

Dated: October 19, 2016

*/s/ Todd A. Pickles for*
TASHA CHALFANT, ESQ.

Counsel for Defendant Verenys Parra Arellanez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge