TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
OMAR NUNO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00227 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| OMAR NUNO, et al. | |
| Defendant. | |

    Defendant, OMAR NUNO, by and through his counsel of record, TONI WHITE, Defendant VERENYS PARRA ARELLANEZ, by and through her counsel of record, TASHA CHALFANT, and the GOVERNMENT hereby stipulate as follows:

    1.    By previous order, this matter was set for status on February 10, 2017.

    2.    By this stipulation, defendants now move to continue the status conference until March 10, 2017 and to exclude time between February 10, 2017 and March 10, 2017 under Local Code T4.  The GOVERNMENT does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The United States has represented that the discovery associated with this case to date, and provided to defense counsel, includes investigative reports and wiretap applications in electronic form constituting approximately 4000 pages of documents including 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports. Defense counsel

needs additional time to review the voluminous discovery, meet with their clients and discuss the case further with the prosecutor.

    b. Counsels for defendants believe that failure to grant the above-requested continuance would deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The GOVERNMENT does not object to the continuance.

    d. The GOVERNMENT and counsel for each defendant are working toward resolution of the case while they prepare for the possibility of trial.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of February 10, 2017 and March 10, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated:  February 8, 2017          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  By:    */s/ Toni White for*
                                  TODD A. PICKLES
                                  Assistant U.S. Attorney

                                  For the United States

Dated:  February 8, 2017          By:    */s/ Toni White*
                                  TASHA CHALFANT

                                  For Defendant Verenys Parra Arellanez

Dated:  February 8, 2017          By:    */s/ Toni White*
                                  TONI WHITE

                                  For Defendant Omar Nuno

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  February 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3