TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
VERENYS PARRA ARELLANEZ

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERENYS PARRA ARELLANEZ,<br><br>Defendant. | CR.S.  No.  2:13-CR-227 GEB<br><br>**REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Ms. Parra Arellanez was released on conditions and is supervised by the Pretrial Services Agency.  After consultation with Assistant United States Attorney Todd Pickles, Pretrial Services Officers Darryl Walker and Brenda Barrientos, the defense requests and the government does not oppose, that Ms. Parra Arellanez's conditions of pretrial release be modified as follows.

ADD the following temporary conditions for 30 days:

1. TEMPORARY 30-DAY CURFEW:  You must remain inside your residence every day, for 30 days, from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

2. HOME DETENTION/GPS MONITORING: You must continue with the home detention equipment during this 30-day period, or you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person, whichever equipment the pretrial services officer deems available in the particular county of supervision. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

3. AFTER 30 DAYS OF SUCCESSFUL COMPLIANCE:

After 30 days of successful compliance with the temporary curfew and home detention/GPS monitoring listed above, pretrial must notify defense counsel of said compliance so it may be filed with the Court, and the curfew will be <u>DELETED</u> and home detention/GPS equipment will be removed and <u>DELETED</u>.

Respectfully submitted,

Dated: February 14, 2017                  /s/Tasha Paris Chalfant
                                          TASHA PARIS CHALFANT
                                          Attorney for Defendant
                                          VERENYS PARRA ARELLANEZ

Dated: February 14, 2017                  /s/ Tasha Paris Chalfant for
                                          TODD PICKLES
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE