TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
VERENYS PARRA ARELLANEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>VERENYS PARRA ARELLANEZ,<br><br>                              Defendant. | CR.S.  No.  2:13-CR-227 GEB<br><br>**REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

  Ms. Parra Arellanez was released on conditions and is supervised by the Pretrial Services Agency. On February 14, 2017, United States Magistrate Judge Allison Claire signed an Order for Modification of Pretrial Release for Ms. Parra Arellanez. (Docket #207.) Per the terms of that Order, Ms. Parra Arellanez had to successfully complete a temporary 30-day curfew after which time the curfew and home detention/GPS monitoring equipment were to be removed.

  On March 16, 2017, I received email confirmation from United States Pretrial Services Officer Brenda Barrientos, that Ms. Parra Arellanez successfully completed the 30-day curfew without incident. Said confirmation was forwarded to Assistant United States Attorney Todd Pickles and Pretrial Services Officer Darryl Walker.

Therefore, the defense requests and the government does not oppose, that Ms. Parra Arellanez's conditions of pretrial release be modified as follows.

<u>DELETE</u> the following conditions:

1. TEMPORARY 30-DAY CURFEW
2. HOME DETENTION/GPS MONITORING.

Respectfully submitted,

Dated:  March 16, 2017                 /s/Tasha Paris Chalfant
                                       TASHA PARIS CHALFANT
                                       Attorney for Defendant
                                       VERENYS PARRA ARELLANEZ

Dated:  March 16, 2017                 /s/ Tasha Paris Chalfant for
                                       TODD PICKLES
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED**

Dated:  March 16, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE