TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
VERENYS PARRA ARELLANEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>VERENYS PARRA ARELLANEZ,<br><br>   Defendant. | No. 2:13-CR-00227 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney TODD PICKLES, and the Defendant, VERENYS PARRA ARELLANEZ, by and through her counsel of record TASHA CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

  1.  By previous order, this matter was set for status conference on November 3, 2017.

  2.  By this stipulation, the defendants now move to continue the status conference until December 15, 2017, and to exclude time between November 3, 2017, and December 15, 2017, under Local Code T4. Plaintiff does not oppose this request.

STIPULATION AND [PROPOSED ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

1

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 4,000 pages of investigative reports and wiretap applications as well as 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to review the voluminous discovery, consult with her client, discuss potential resolution, and to explain the consequences and guidelines. Furthermore, counsel for Ms. PARRA ARELLANEZ is still unavailable while she is recovering from surgery on October 13, 2017.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2017, to December 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel have reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: November 1, 2017  by:  /s/Tasha Chalfant for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 1, 2017  by:  /s/Tasha Chalfant
TASHA CHALFANT
Attorney for Defendant
VERENYS PARRA ARELLANEZ

STIPULATION AND [PROPOSED ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME

3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 3, 2017, to and including December 15, 2017, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set November 3, 2017, status conference shall be continued to December 15, 2017, at 9:00 a.m. IT IS SO FOUND AND ORDERED.

Dated: November 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME

4