McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERENYS PARRA ARELLANEZ,<br><br>Defendant. | CASE NO. 2:13-CR-00227 GEB<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Verenys Parra Arellanez, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on June 1, 2018.

2. By this stipulation, the parties jointly request that the Court continue the judgment and sentencing hearing to June 29, 2018.

3. Because the defendant stands convicted by way of her change of plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation and the continuance of the date for judgment and sentencing.

Stipulation for Continuance of Judgment and Sentencing

1

IT IS SO STIPULATED.

DATED: May 30, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: May 30, 2018

*/s/ Todd A. Pickles for*
TASHA CHALFANT, ESQ.

For defendant VERENYS PARRA ARELLANEZ

### [PROPOSED] O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to June 29, 2018 at 9:00 a.m. The date set for submission of formal objections to the PSR is reset for the date of June 29, 2018.

IT IS SO ORDERED.

Dated: May 30, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge